**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:17-mj-0305 |
| | ) |
| | ) |
| ABDULMUHIMN ABULSEIN, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING**

This matter is before the Court upon Defendant's Motion to Continue the May 5, 2017 Detention Hearing, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

**IT IS THEREFORE ORDERED** that the May 5, 2017 hearing is continued indefinitely and shall be reset upon the request of either the government or the defendant.

Dated: 05/05/2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Copies to:

Distribution to all registered counsel by electronic notification via CM/ECF